# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

OSVALDO ALBERTY HERNANDEZ,

    Plaintiff,

v.                                    Case No: 8:16-cv-2054-T-30JSS

SHIV OM HOSPITALITY, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs, except as agreed to by the parties in the settlement agreement.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of November, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record